PRICE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 185

Commonwealth v. Wood, Appellant.

Argued September 16, 1976. Donald J. Goldberg, with him Irwin S. Rubin, for appellant; Eric J. Cox, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 185

Commonwealth v. Woods, Appellant.